NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1379


SYSTORE COMPANIES, INC.
(doing business as Advanced Communications Systems),

Appellant,

v.

Robert M. Gates, SECRETARY OF DEFENSE,

Appellee.


Cyrus E. Phillips IV, Cyrus E. Phillips, Attorney-at-Law, of Arlington, Virginia, argued for appellant.

Scott T. Palmer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.  With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.  Of counsel on the brief was Joann W. Melesky, Deputy Legal Counsel, Defense Information Systems Agency, of Scott AFB, Illinois.  Of counsel was William Mayers, Chief Legal Counsel.

Appealed from:  Armed Services Board of Contract Appeals

Administrative Judge Monroe E. Freeman, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1379

SYSTORE COMPANIES, INC.
(doing business as Advanced Communications Systems),

Appellant,

v.

Robert M. Gates, SECRETARY OF DEFENSE,

Appellee.

# Judgment

ON APPEAL from the      Armed Services Board of Contract Appeals

in CASE NO(S).      52592

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED January 7, 2010      /s/ Jan Horbaly
      Jan Horbaly, Clerk